IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:10CR266 |
| vs. | |
| ROBERT L. TAYLOR, | ORDER |
| Defendant. | |

This matter is before the Court for a possible reduction in sentence due to the application of the Fair Sentencing Act ("FSA"), which took effect on August 3, 2010. In deciding *Dorsey v. United States*, 132 S. Ct. 2321 (2012), the Supreme Court held that in cases in which a defendant's conduct preceded, and sentencing followed, the effective date of the FSA the FSA is retroactive.

The Probation Office has completed a worksheet. The Federal Public Defender has entered an appearance.

IT IS ORDERED:

1. The probation office has already provided a "Retroactive Sentencing Worksheet" to the undersigned. If counsel do not have a copy, counsel should contact the probation office to obtain a copy of the worksheet; and

2. On or before October 15, 2012, counsel must file a stipulation or separate briefs addressing their respective positions.

Dated this 12th day of September, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge