IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:10CR266 |
| vs. | |
| ROBERT L. TAYLOR, | ORDER |
| Defendant. | |

Defendant Robert L. Taylor appeared before the court on October 6, 2017 on an Amended Petition for Offender Under Supervision [116]. The defendant was represented by Assistant Federal Public Defender Michael J. Hansen, and the United States was represented by Special Assistant U.S. Attorney Gregory D. Artis, Jr. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Laurie Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on October 19, 2017 at 10:00 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 6th day of October, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge